

**71 Nevins Street**
**Brooklyn, NY 11217**
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

February 02, 2010

Magistrate Judge Steven Gold
Eastern District of New York
225 Cadman Plaza East
Chambers 1217, Courtoom 13-D
Brooklyn, NY 11201
BY ECF

Re:  Hercules and John  v. City of New York et al.  09 CV 2603 (ENV) (SMG)

Dear Magistrate Judge Gold-

I write to inform the Court that the parties have reached a settlement in this matter.  We
will forward the Stipulation and Order of Settlement and Discontinuance shortly.


Thank you for your time in this matter.




Sincerely Yours,


Nicole Bellina
718 852 4491


cc:ACC Pollack (BY ECF)